IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK KRASTMAN, | CIVIL DIVISION |
| Plaintiff, | Case No. 2:20-cv-00124 |
| v. | |
| K&L GATES LLP, | |
| Defendant. | |

**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)**

The plaintiff and the defendant, by their respective attorneys, stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the complaint and this action are dismissed with prejudice, without any award of fees and costs by the Court.

| | |
|---|---|
| */s/ Michael J. Bruzzese* | */s/ Michael Pavlick* |
| 2315 Koppers Building | K&L Gates LLP |
| 436 Seventh Avenue | 210 Sixth Avenue |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222 |
| Counsel for the plaintiff | Counsel for the defendant |

**ORDER**

AND NOW, this _____ day of _____ 2020, the foregoing Stipulation is approved as an Order of the Court.

BY THE COURT:

_____
Marilyn J. Horan
United States District Court Judge